```
BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant U.S. Attorney
YASHAR NILCHIAN
Special Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  1:11-cr-00263-SMS |
|---|---|---|
|              Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | ) | |
| CEASAR DOMINGO, | ) | DATE:     January 6, 2011<br>TIME:     10:00 a.m.<br>COURT:    TBA |
|              Defendant. | ) | |
| | ) | [Class A Misdemeanor] |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Special Assistant United States Attorney Yashar Nilchian, Counsel for Plaintiff, and Assistant Federal Defender Samya Burney, Counsel for Defendant Ceasar Domingo, that the status conference currently set for Thursday, December 15, 2011, at 10:00 a.m., **may be continued to Thursday, January 6, 2012, at 10:00 a.m. before the duty Magistrate.**

This stipulation is proposed by both parties to allow for the government to obtain additional discovery and to allow for additional defense preparation.  The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance

shall be excluded in the interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATED: December 13, 2011       By    /s/ Yashar Nilchian
                                     YASHAR NILCHIAN
                                     Special Assistant U.S. Attorney


                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        (As authorized on 12/13/2011)

DATED: December 13, 2011       By    /s/ Samya Burney
                                     SAMYA BURNEY
```

**O R D E R**

IT IS SO ORDERED.

Dated: __December 14, 2011__      __/s/ Dennis L. Beck__
                                  UNITED STATES MAGISTRATE JUDGE